GEORGE E. M. T. WEBBER *vs.* FRANCIS B. OVERLOCK *et al.*

FRANCIS B. OVERLOCK *et al. vs.* GEORGE E. M. T. WEBBER.

SAME *vs.* SAME.

Waldo, 1875.—April 27, 1876.

*Deed.*

A deed bounding the grantee by a highway conveys the fee to the center of the highway, when the title of the grantor extends so far.

*Thus:* where plaintiff's land was north of and adjoining the defendants'; and the defendant's deed, which was the earlier, described his land as being the south part of the west half of lot number 23, and bounded on the north by a line parallel with the north line of said half lot, and so far south of the north line as to leave forty acres and no more north of the first mentioned line; on the east by a line dividing lot number 23 in the centre from north to south; on the south by lot number 26; and on the west by the county road; *held,* that the divisional line between the lands of the parties is one drawn from east to west over the west half of lot number 23 to the centre of the highway parallel with, and so far south of, the north line of the lot as to leave forty acres in the west half of the lot north of it.

ON REPORT.

TRESPASS and WRIT OF ENTRY; three cases tried together between the same parties upon the same evidence, in which the question was : where upon the face of the earth was the east and west divisional line between their farms. Webber's land lay north and Overlock's south of that line ; and each charged the other in trespass, with cutting and carrying away grass over their line, in the season of 1874. Overlock also brought a writ of entry. Webber claimed a prescriptive line indicated by a fence ; wherein the evidence was conflicting. Overlock claimed a line north of that, to be determined by the deeds only. Webber's title by deed was to a southern line which taken with the other boundaries would leave forty acres of lot No. 23 in Brooks west of a north and south divisional line of the lot.

The whole of lot No. 23, was originally owned by David Sears et als, who before conveying any part of it divided it into equal parts by a line running through it from north to south. The first conveyance of any part of the west half was to Stephen Stantial by deed of October 19, 1839, described as follows : being the south

Bearing of this line, N. 1½ ° E.  West line of Lot No. 23.
Length 26 chains, 50 links.

Sta ke =

County Road.

County Road.

This line bears S. 88½ ° E.  Length 21 chains, 50 links.

West part of Lot No. 23.

North line of Lot No. 23.  Whole length 43 chains, 35 links.

East part of Lot No. 23.  Length 21 chains, 85 links.

West part of Lot No. 23.
Length 21 chains, 65 links.

Divisional Line Fence, N. 86¼ ° W.

South line, whole length, 43 chains, 65 links.

40 acres excluding the road.

40 acres including 1-2 the road.

40 acres including the road.

Divisional Line Fence.
This line bears S. 1¼ ° W.

East part of Lot 23.
Length 22 chains.

REMARKS.—I find the average width of the west part of this lot, as divided and fenced, to be 21 chains, 57 links; therefore if we begin at the stake acknowl-edged by the parties to be the N. W. corner of the lot, we must go down towards the south line 18 chains, 55 links, to get 40 acres. If we begin in the middle of the road or two rods from the stake we must measure down towards the south 19 chains to get that amount; and if we begin four rods from the stake and exclude the whole road, we must measure southward 19 chains, 55 links to get the 40 acres; and this will bring our line within 1 chain, 25 links, at the east, and 50 links at the west end of the old divisional fence. I find the west half of the whole lot as divided to contain 57 acres, 1 rood, and 27 rods, and the east part 58 acres, 3 roods, and 16 rods, making a difference in the two parts of 1 acre, 1 rood, and 29 rods.

PETER MOULTON, Surveyor.

North 1 ° E.

East line of Lot. No. 23.  Length 27 chains.

part of the west half of lot No. 23, and bounded as follows : on the north by a line parallel with the north line of said half lot and so far south of said north line as to leave forty acres and no more, north of the first mentioned line on said lot; on the east, by a line dividing said lot No. 23, in the center from north to south ; on the south by lot No. 26, and on the west by the county road leading from Brooks to Thorndike.

Other deeds were introduced by both parties in which were the descriptive phrases : "to the county road" and "by the county road."

The north and east lines of the forty acre parcel being given ; in order to find the southern line, it became necessary first to determine whether the forty acre parcel included the whole or half the road or neither, because the less of the road that was included, the father south would be the southern boundary. Other facts appear by the surveyor's plan and in the opinion.

*W. H. Fogler*, for Webber.

*W. P. Harriman* and *N. H. Hubbard*, for Overlock *et al.*